UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAVYA NAGARAJ,<br>  Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br>  Defendant | No. 1:18-cv-01977<br><br>DECLARATION OF<br>LYNN A. BOUDREAU |

I, Lynn A. Boudreau, hereby declare under penalty of perjury as follows:

1. I am employed by United States Citizenship and Immigration Services (USCIS) as an Associate Center Director. In that capacity, I report directly to the Deputy Director, and supervise Section Chiefs, Senior Immigration Services Officers and Supervisory Immigration Services Officers in the USCIS Vermont Service Center's Business Division. The following declaration is based on my personal knowledge and information acquired in my official capacity in the performance of my official functions.

2. I have been informed that, after a review of the complaint for this lawsuit, the Vermont Service Center—on February 20, 2019—reopened the previously denied Form I-129, Petition for a Nonimmigrant Worker, that is the subject of this lawsuit (EAC1713852386). The following day, on February 21, 2019, the Vermont Service Center issued a Request for Evidence.

3. The process of adjudicating a pending Form I-129, such as issuing a reopening notice or a Request for Evidence, necessitates the adjudicating

officer having physical possession of the original paper petition and accompanying file.

4. Additionally, in the Vermont Service Center Business Division's normal practice, the file containing the Form I-129 petition remains assigned to the adjudicating officer after a Request for Evidence is issued. Such an approach aids the proper routing of any subsequent correspondence received, such as a response to a Request for Evidence, to the file and supports timely adjudication of the petition once a response is received.

I declare under the penalty of perjury, pursuant to 28 U.S.C. §1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.

    Saint Albans, Vt.

    February 22, 2019

*Lynn A. Boudreau* (signature)
Lynn A. Boudreau