UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAVYA NAGARAJ,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, et al.,<br><br>    Defendants. | Civil Action No. 1:18-cv-01977-TSC |

## STATUS REPORT

Defendants, by and through undersigned counsel, respectfully submit this Status Report to bring to the Court's attention subsequent developments in this case.

On July 10, 2019, United States Citizenship and Immigration Services ("USCIS") issued an approval notice for a Petition for a Non-Immigrant Worker pursuant to Form I-129 that was filed by Axtria Inc. ("Axtria"), on April 11, 2017 (Receipt Number EAC1713852386). *See* Exh. A. The approval notice indicates that although the petition was approved for the classification requested—H-1B—from July 10, 2019 until September 12, 2020, beneficiary and Plaintiff was not deemed eligible for the requested change of status. On July 15, 2019, USCIS issued its explanation as to why Plaintiff's change of nonimmigrant status from F-1 to H-1B was denied. *See* Exh. B. USCIS explained that an alien who is continuing to maintain nonimmigrant status is eligible to apply for a change of status according to 8 C.F.R. § 248.1(a). *Id.* USCIS records showed that Plaintiff had left the United States on August 22, 2018 and returned on September 14, 2018. As a result USCIS considered Plaintiff to have abandoned the request for a change of nonimmigrant status. *Id.* This approval notice for Receipt Number EAC1713852386 was issued pursuant to USCIS's issuance of a Reopen Notice

1

on February 20, 2019, *see* ECF No. 14-1, and a subsequent Request for Evidence ("RFE") issued on February 21, 2019. *See* ECF No. 14-2.  The approval notice for Receipt Number EAC1713852386 explained that even though the Plaintiff was deemed ineligible for a change of status, the Plaintiff could depart the United States and apply for her visa at a consulate abroad. *See* Exh. A.

However, on July 10, 2019, USCIS issued an approval notice for a second Petition for a Non-Immigrant Worker pursuant to Form I-129 that was filed by Axtria on April 11, 2019 (Receipt Number EAC1916851245) and independent from the aforementioned petition. *See* Exh. C. This approval notice confers upon Plaintiff H-1B status which is valid from October 1, 2019 until September 15, 2022.

As Plaintiff's I-129 Petition and request for change in status have been adjudicated, Plaintiff's claims as laid out in the Complaint are now moot. *See* ECF No. 1.  On July 15, 2019, Defendants' counsel, Daniel P. Chung, contacted Plaintiff's counsel, Michael E. Piston, via email at michaelpiston4@gmail.com informing him of the decisions and inquiring whether Plaintiff would agree to a voluntary dismissal. On July 17, 2019, Defendant's counsel again attempted to reach Mr. Piston at the same  email address. As of July 17, 2019 Plaintiff's counsel has not yet responded to Defendants' counsel's July 15 and July 17 emails.

DATED:  July 26, 2019                                                 Respectfully submitted,

                                                                           JOSEPH H. HUNT
                                                                           Assistant Attorney General

                                                                           WILLIAM C. PEACHEY
                                                                           Director

                                                                           GLENN M. GIRDHARRY
                                                                           Assistant Director

                                                                           SAMUEL P. GO
                                                                           Senior Litigation Counsel

                                                                           By: *s/ Daniel P. Chung*
                                                                           DANIEL P. CHUNG

          Trial Attorney
          United States Department of Justice
          Civil Division
          Office of Immigration Litigation
          District Court Section
          P.O. Box 868, Ben Franklin Station
          Washington, DC 20044
          Tel: (202) 305-1263
          Fax: (202) 305-7000
          Email: Daniel.P.Chung@usdoj.gov

          *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on July 26, 2019, I electronically filed the foregoing STATUS REPORT with the Clerk of Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to the following attorney of record:

Michael E. Piston
Attorney for the Plaintiff
225 Broadway, Ste 307
New York, NY 10007
michaelpiston4@gmail.com
(646) 845-9895

DATED:   July 26, 2019

By: /s/ *Daniel P. Chung*
DANIEL P. CHUNG
Trial Attorney
United States Department of Justice
Civil Division